In the Matter of DAVID A. GAESSER, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [775 NYS2d 615]—Order of disbarment entered. Memorandum: Respondent's unexcused failure to appear or answer the supplemental petition constitutes a default (*see Matter of Whitfield,* 296 AD2d 871 [2002]; *Matter of Whitbread,* 284 AD2d 1019 [2001]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

 In the Matter of ARTHUR D. EHRENREICH, an Attorney, Resignor. [775 NYS2d 614]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

 In the Matter of RANDI FISHENFELD, an Attorney, Resignor. [775 NYS2d 920]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

 In the Matter of MICHAEL C. PURVIS, an Attorney, Resignor. [775 NYS2d 614]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

 In the Matter of SANDRA WALLACE-SMITH, an Attorney, Resignor. [775 NYS2d 614]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown,* 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.